**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

        Plaintiff,

v.                                     Case No: 6:12-cv-932-Orl-28GJK

**GURUDEO PERSAUD,**

        Defendant.

**REPORT AND RECOMMENDATION**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO STRIKE DEFENDANT GURUDEO PERSAUD'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (Doc. No. 15)** |
| **FILED:** | **August 31, 2012** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part and DENIED in part as unopposed**.

On August 10, 2012, Gurudeo Persaud (the "Defendant") filed an Answer and Affirmative Defenses raising eight affirmative defenses. Doc. No. 13 at 7. On August 31, 2012, the Securities and Exchange Commission (the "Plaintiff") filed a motion to strike (the "Motion") all of Defendant's affirmative defenses. Doc. No. 15. Plaintiff requests that the affirmative defenses be stricken with prejudice. Doc. No. 15 at 7. Defendant failed to file a timely response and, therefore, the Motion is unopposed.

Based on the forgoing, it is recommended that the Motion be **GRANTED to the extent the Motion requests that the affirmative defenses be stricken**.  However, **it is further recommended that Defendant be given leave to amend within fourteen (14) days of the Court's order on this report and recommendation**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 17, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy