# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**-vs-**                                                     **Case No.  6:12-cv-932-Orl-28GJK**

**GURUDEO PERSAUD,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff Securities and Exchange Commission's Motion to Strike Defendant Gurudeo Persaud's Answer and Affirmative Defenses to Complaint (Doc. No. 15) filed August 31, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 17, 2012 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff Securities and Exchange Commission's Motion to Strike Defendant Gurudeo Persaud's Answer and Affirmative Defenses to Complaint (Doc. No. 15) is **GRANTED** to the extent the Motion requests that the affirmative defenses be stricken.

3.      Defendant's Affirmative Defenses (Doc. 13 at 7) are hereby **STRICKEN**. Defendant is granted leave to file amended affirmative defenses within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of October, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party